UNITED STATES OF AMERICA
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANSHON STAPLETON, <br><br> Defendant. | No. 18-20028-SLD-EIL |

## MOTION TO WITHDRAW

Assistant Federal Public Defender Johanes Maliza hereby moves this Court for entry of an Order granting him and the Office of the Federal Public Defender for the Central District of Illinois leave to withdraw as Defendant's appointed counsel of record in the above-entitled case. As grounds for this motion, counsel states that the Federal Public Defender has a direct and irreconcilable conflict of interest that precludes continued representation of the Defendant in this case.

Counsel further notes that this motion is unrelated to the matters discussed with the Court *ex parte* on February 5, 2019.

WHEREFORE Mr. Stapleton's attorneys respectfully request the entry of an Order terminating the Federal Defender's Office from representation of Mr. Stapleton.

                                                           Respectfully submitted,

February 21, 2019                FRANSHON N. STAPLETON, Defendant,

                                                           THOMAS PATTON, Federal Public Defender

                                                           By: s/ Johanes Maliza  
                                                           Johanes C. Maliza  
                                                           Office of the Federal Public Defender  
                                                           600 E. Adams St., Second Floor  
                                                           Springfield, IL 62701  
                                                           Telephone:   217-492-5070  
                                                           Facsimile:    217-492-5077  
                                                           E-mail:       johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza