E-FILED
Wednesday, 03 July, 2019 02:27:46 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|         Plaintiff,       ) | |
| vs.       ) | Case No.   18-CR-20028-001 |
| FRANSHON STAPLETON et al,       ) | |
|         Defendant(s).       ) | |

## MOTION FOR APPOINTMENT OF CRIMINAL JUSTICE ACT CO- COUNSEL

The Defendant, FRANSHON STAPLETON, by and through his attorney, Monroe D. McWard of McWard Law Office, respectfully moves this Honorable Court to appoint an additional Criminal Justice Act (C.J.A.) Counsel in this matter, and in support of his Motion states as follows that:

1. The volume of discoverable materials,(approximately 10,000 documents), and the complexity of this case merit the appointment of an additional Counsel pursuant to 18 U.S. Code § 3006A Adequate Representation of Defendant and 18 U.S. Code § 3006A(b) Appointment of Counsel, When Good Cause Shown.

2. Due to the magnitude of discovery and the complexity of this case, there is good cause to appoint an additional C.J.A. Counsel to assist in the preparation of this case for Trial.

3. Mark K. Wykoff, Sr., of Springfield, Illinois is a C.J.A. panel attorney, and he has informed counsel for the Defendant that he can be ready and available for the pending motions and for the Final Pre-Trial on July 22, 2018, and appear on said date.

4. Mr. Wykoff has handled a number of complex federal criminal matters.

5. The Government has been consulted in this matter and has no objection to Defendant's motion.

WHEREFORE based on the foregoing, the Defendant, respectfully moves for appointment of additional counsel in this matter and for such other relief as this Court deems just and equitable.

BY: /s/ Monroe D. McWard
Monroe D. McWard, His Attorney
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799

## CERTIFICATE OF SERVICE

**TO:**   Elham Peirson          Elly.Peirson@usdoj.gov

Ryan Finlen          Ryan.finlen@usdoj.gov

Kate A Alexander     kate.alexander@usdoj.gov

The undersigned does hereby certify that on the 3rd day of July, 2019, she served the foregoing **MOTION FOR APPOINTMENT OF C.J.A. CO-COUNSEL** by e-mailing, hand delivering or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

By: /s/ Jeanette Reed
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799