The Lawsuit will be enormous I'm being held illegally.

18-20028

This is Fransohn Stapleton I'm writing to express to the Courts that you're violating all of my Due process rights and amendments

By Law this isn't even suppose to be a case, and I'm being held illegally. If you view the case, the video footage of the stop on NOV 12, 2017, The police reports. You will find that every thing done was illegal, and a product of the racist actions of Urbana police. There was motive behind the framing, and tainting of the police misconduct in which I told my lawyer at the time before I fired him to cite as purposeful and flagrant. This was a full blown defacto arrest, and fishing expedition in hopes that something would turn up. The evidence is right there center point, and the Crime Stoppers tip of the wrong vehicle no license plate # 40 days later of a vehicle that was unoccupied on Oct. 2, 2017 was orchestrated by the Urbana Police Dept. You are stopping me from my lawsuit In which I will be filing for the False arrest, false imprisonment for not only a state case, but a federal case. Emotional distress, mental anguish, defamation, conspiracy between the officers to fabricated reasonable suspicion, obstruct the dispatch by running my name wrong, perjury at the suppression hearing, and other illegal acts that will

How many lies does it take to warrant a dismissal of indictments 20 to 40 well theres 50 or more be bought up at the civil hearing. Right now I will be contacting

1. The Department of Justice
2. The Governor J.B Pritzker
3. Attorney Generals office
4. The NAACP
5. ACLU
6. The Champaign News Gazette
7. The Mayor and everyone else who can stop this illegal racist heinous crime that has been bestowed upon me.

The whole case is Lies Racist and Illegal

I would like Elly Pierson removed as prosecutor from this case because she has vouched for the racist acts of the police and helped cover up the illegal misconduct in which they have engaged. This makes her a racist, and as a prosecutor she is held to a higher standard. Fair Play is not being implemented. She has engaged in dishonesty, illegal, and very unethical prosecution in this case. I would like a full blown investigation done into this case immediately and a special master to take over. I won that suppression hearing even with ineffective assistance counsel. This is actions that shock the conscience that warrant dismissal of all indictments. Watch the videos.

Fair Play is the essence of due process such fair play includes deep-rooted feeling that the police must obey the law while enforcing the law that the end of life and liberty can be as much endangered from alledged methods used to convict those thought to be criminals

This deep rooted feeling extends even deeper when prosecutors are concerned given their status as officers of the court bound to special rules of professional conduct. See e.g., L.A. Rules of Professional Conduct.

Rule 3.8 Special Responsibilities of a prosecutor

Department of Justice has an obligation to its lawyers and to the public to prevent prosecutorial misconduct. Prosecutors are servants of the law, are subjected to constraints and responsibilities that do not apply to other lawyers. They must serve truth and justice first. Their job is not just to win, but to win fairly staying within the rules. When a prosecutor steps over the boundaries of proper conduct and into unethical territory the government has the duty to own up to it and give assurances that it will not happen again

While on his normal shift sometime before October 2, 2017, Officer Marcotte noticed a suspicious vehicle parked at the Circle K gas station at 2011 N. Lincoln Avenue in Urbana. Officer Marcotte noticed the vehicle because it was backed into a parking space on the far south side of the parking lot, unoccupied. Officer Marcotte noted that there was plenty of parking available closer to the door of the gas station. Based on the proximity of the vehicle to the adjacent Comfort Suites hotel, a hotel known to law enforcement for prostitution and drug trafficking activity, Officer Marcotte suspected that the occupants of the vehicle were visiting the hotel, rather than at the gas station. Officer Marcotte surmised that the occupants did not want to be seen at the hotel, since the hotel had adequate parking available. Officer Marcotte ran the license plate of the vehicle and noted that this 2004 Ford Expedition (AJ43866) was registered to Lamar Stapleton in Springfield, Illinois.

On October 2, 2017, Urbana Police received a Crime Stoppers tip that identified defendant Franshon Stapleton as selling prostitutes and transporting them to and from area hotels in the Champaign-Urbana area. R.1 at 3-4. The tip described Stapleton's vehicle as a black Ford Explorer and stated that Stapleton used drugs and violence to control his prostitutes. The tip described Stapleton's large physique and also identified several names of women, including potential witnesses and a victim in this case. Officer Marcotte received a copy of this tip, via email, shortly after he noticed Stapleton's Ford Expedition at the Circle K on Lincoln. Officer Marcotte noted the similar last name to the registered owner of the vehicle he observed and although the tip identified a Ford Explorer, not Expedition, he knew that individuals often misidentify similar model

4

vehicles such as these two SUVs. The tip provided Officer Marcotte with a picture and date of birth for Franshon Stapleton. When Officer Marcotte ran Stapleton's name in his law enforcement database he found that Stapleton was also from Springfield, had a suspended driver's license, and had been arrested approximately 32 times.

On November 12, 2017, at approximately five minutes after midnight, Officer Marcotte observed a black male matching Stapleton's description get into the driver's seat of the same black Ford Expedition (AJ43866) he had seen a month earlier, while the vehicle was parked at pump #4 at the Circle K gas station located at 1809 N. Cunningham Avenue in Urbana, adjacent to the Eastland Suites hotel, the Champaign Urbana Motor Lodge, and across the street from the Motel 6, in Urbana. Officer Marcotte further observed a person in the rear passenger seat of the vehicle. Officer Marcotte sought the assistance of Officer Christopher Whelchel, who was completing a stop at the Eastland Suites hotel, to approach Stapleton.

The government's proffer of the timeline of events is as follows:

| Time | Action |
| --- | --- |
| 00:03:26 | Marcotte's video begins recording from the Eastland Suites parking lot. |
| 00:04:04-00:04:16 | A large black male get into the driver's seat of the black Ford Expedition parked at pump #4 at the Circle K. |
| 00:04:30 | Marcotte activates his lights and calls in the license plate AJ42866, a black Ford Expedition. |

5

| Time | Action |
|---|---|
| 00:05:00-00:06:02 | Marcott and Whelchel approach Stapleton's car, Marcotte identifies himself and requests Stapleton's driver's license and insurance. Marcotte observes at least ten condoms on the center console. Stapleton states that he doesn't have a driver's license and that he is "just sitting here." Officer Marcotte attempts to determine if anyone else, who can legally drive, is still in the gas station, and Stapleton says, "No, they got… they, uh… driving away." Marcotte observes that Stapleton was extremely nervous. Stapleton's lip was quivering when he spoke and he continually wiped his forehead. |
| 00:06:07-00:07:32 | Marcotte requests Stapleton's name. Stapleton (twice) misspells his first name, as "F R A N S O H N", instead of Franshon. Stapleton admits that the car belongs to his brother, Lamar, and states that before this encounter, he was at his hotel, the Red Roof Inn, in Champaign, Illinois. Stapleton offers that he was "dropped off here." Stapleton says he doesn't know if there are any drugs or weapons in the car. |
| 00:07:32-00:8:15 | Marcotte identifies the rear passenger, who also does not have any identification. Marcotte notices a large amount of cash under the front passenger seat, that appeared to have been quickly stashed there, asks the rear passenger if she is "doing okay," and returns to his vehicle. |
| 00:9:16 | Marcotte requests a canine assist. |
| 00:10:12-00:12:55 | Marcotte attempts to identify Stapleton and his passenger by their names and date of birth through METCAD.[3] Marcotte provides the misspelled first name that Stapleton gave him and METCAD advises that they have "no record" of this individual. The passenger, however, has an outstanding warrant for her arrest for a drug charge from Ford County. |
| 00:13:15-00:15:29 | Marcotte arrests the passenger and places her in his vehicle. Marcotte observes Stapleton continue to nervously swipe his forehead and that Stapleton began to fidget in his seat. |

---

[3] METCAD is the primary Public Safety Answering Point serving Champaign County, Illinois.

| Time | Action |
|---|---|
| 00:15:00 – 00:15:53 | Whelchel tells Stapleton that they are not able to confirm his identity and asks for additional information. Stapleton misspells his name again and says he's nervous. |
| 00:15:29- 00:16:03 | Champaign County Sheriff Deputy Chad Beasley arrives with his drug-detection dog, Arco. Marcotte briefs Beasley on the situation, indicating that they have not yet determined Stapleton's identification, but have seen evidence consistent with the Crime Stopper's tip. |
| 00:16:02- 00:16:52 | Whelchel radios to run Stapleton's name again, giving the correct spelling of his first name. Whelchel tells Marcotte he confirmed Stapleton's identity and that his license is suspended. |
| 00:17:42 | Free-air sniff begins (approximate). |
| 00:17:47 | Arco alerts. |
| 00:18:45 | Stapleton is arrested for driving while suspended. |
| 00:23:17 | Search of the vehicle commences. |

During a search of the defendant's vehicle, law enforcement located 4.8 grams of cocaine, $4,912 in cash, drug paraphernalia, several hundred condoms, and four cellular phones. R.1 at 4-5. The gas station attendant confirms that Stapleton was driving the vehicle.

Later that evening, when Officer Marcotte attempted to secure one of Stapleton's phones into evidence, he observed an incoming text message indicative of drug trafficking on one of the phones. *Id.* at 5. Officer Marcotte took a photograph of the incoming text message, "wya I need another dub" sent at 1:52 a.m. on November 12, 2019. Notably, the screen shows that Marcotte took the photograph at 1:59 on Sunday,

7

This case is a social injustice a great injustice to all minorities that have been set up or framed at the hands of crooked officers especially white officers seeking to judicially lynch black men. We want some petty misdemeanor case where is serious and calls for the suspension or firing of officers and prosecutors who condone racism and such for flagrant police misconduct. By Law a Tip of a black ford explorer on October 2, 2017 no license plate # can't and doesnt warrant the stopping of an 2004 Expedition parked at a gas station unoccupied no criminal activity afoot that is later seen 41 days later at a gas pump. The description of a large black male definetely doesnt give cause to seize a vehicle. On Nov. 12, 2017 no criminal activity afoot, officers were told no no no and yet still showed authority and then when

I gave my name the correct spelling and middle name Lamont officer Marcotte runs my name as Fransohn Charles Stapleton to purposely stall for the K-9 unit and how did they later confirm my name if I never gave them any other spelling right after the K-9 arrived. All lies and no reasonable suspicion of criminal activity ever existed no condoms or cash were visible at the initiation of the stop. It was until the purposeful and flagrant seizure stalling for the K-9 did they later find anything. Urbana Police ran my name Fransohn 3 months prior and it came back clear in less then 1 minute now it takes 20 mins to confirm it. Not happening. You not going to rail road me. I'm willing to die in that court room for my rights so call a priest or coroner and get the media ready so my family can get a heavy settlement from my Lawsuit. I'll die before I get framed + convicted on lies

So I hope everyone is ready because this case should of never happened and you cant condone any racism and corruption that warrants dismissal of all charges. The tip was a lie it never came out until Marcotte ran the plates of an expedition and the tip resulted from him obtaining a hotel reciept from the Days inn hotel on bloomington road that says my name and ford explorer on the reciept. They have lied about everything and changed the tip several times over the course of my incarceration the tip said explorer and heroin then they added cocaine and gold mini van as well as other stuff. Urbana police quit responding when I enquired about leads & other evidence

Take that compulsive Liar Ms. Bryant who obstructed Justice filed a false police report perjured at the Grand Jury and arrest her and charge her and fire the Police for coercing those young ladies and suspend the prosecutor for vindictive, selective, malicious prosecution.

