IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cr-20028 |
| ) | |
| FRANSHON STAPLETON, ) | |
| (Also Known As "Shon", "Big Shon", ) | |
| "Bird", "Big Bird", "B.O.N.", and ) | |
| "Chris"), ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER is before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture upon Defendant Franshon Stapleton's plea of guilty and pursuant to 18 U.S.C. § 1594(d) and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.  The Superseding Indictment herein sought forfeiture, pursuant to 18 U.S.C. § 1594(d), of any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, or any property traceable to such property, as a result of the offenses alleged therein, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property as a result of the offenses alleged therein, including, but not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software,

1

computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed as follows:

- Two iPad Mini
- ZTE Cell phone
- Samsung Cell phone
- LG Cell phone
- SanDisk Micro SD
- HTC Cell phone
- HP Laptop, Serial No. SN-SCD751CCop
- HP Pavilion Laptop, Serial No. SN-5CD3370507
- Samsung Galaxy S6 Edge
- 25 media Disks
- One thousand, four hundred and fifty-eight dollars ($1,458.00) in United States Currency.

2. On September 28, 2020, the Defendant pleaded guilty to the Superseding Indictment and agreed to the forfeiture of the items listed in the forfeiture notice contained therein.

3. Based upon the Defendant's admissions at the time of his change of plea hearing, and the evidence presented by the United States, this Court finds that the Government has established the appropriate nexus between the items to be forfeited and the offenses to which the Defendant pleaded guilty and that said property is, therefore, subject to forfeiture to the United States.

This Court hereby GRANTS the United States' Motion for entry of a Preliminary Order of Forfeiture. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

    A.    All right, title, and interest in and to:

- Two iPad Mini
- ZTE Cell phone
- Samsung Cell phone
- LG Cell phone
- SanDisk Micro SD
- HTC Cell phone
- HP Laptop, Serial No. SN-SCD751CCop
- HP Pavilion Laptop, Serial No. SN-5CD3370507
- Samsung Galaxy S6 Edge
- 25 media Disks
- One thousand, four hundred and fifty-eight dollars ($1,458.00) in United States Currency

are hereby forfeited to the United States of America, and the United States is hereby authorized to seize said items for disposition in accordance with the law subject to the provisions of 18 U.S.C. § 1594(d).

    B.    The above mentioned property is to be held by the United States until further order of this Court.

    C.    Pursuant to 21 U.S.C. § 853, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person, other than the Defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Richard Kim, Assistant

United States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on [www.forfeiture.gov](www.forfeiture.gov), an internet site maintained by the U.S. Department of Justice.

     D.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

ENTERED: October 7, 2020

                                  s/ James E. Shadid
                                  JAMES E. SHADID
                                  UNITED STATES DISTRICT JUDGE